# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> MARISOL ORTIZ-CASTRO, <br><br> Defendant. | Case No.: 19-MJ-22549-RNB-LAB <br><br> **ORDER STAYING PROCEEDNGS** |

Further proceedings in the case are stayed pending the Ninth Circuit decision in *United States v. Corrales-Vasquez*, Ninth Circuit Case No. 18-50206, and *United States v. Perez-Martinez*, Ninth Circuit Case No. 18-50266, or until further order of the Court.

**IT IS SO ORDERED.**

DATED: 9/13/2019

*(signature)*
HON. LARRY ALAN BURNS
Chief United States District Judge